### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jesus Arocho, et al. | ) | |
|     Plaintiffs | ) | Case No: 15 C 129 |
| | ) | |
| v. | ) | |
| | ) | Judge: Samuel Der-Yeghiayan |
| Mount Sinai Hospital Medical | ) | |
| Center of Chicago, et al. | ) | |
|     Defendants | ) | |
| | ) | |

### ORDER

Motion hearing held. As stated on the record, Defendant USA's motion to dismiss for failure to exhaust administrative remedies [4] is granted as to the Government. The instant action is ordered remanded back to the Circuit Court of Cook County (2014 L 009014). Civil case terminated.

Date: January 20, 2015    /s/ _Samuel Der-Yeghiayan_
                                             Samuel Der-Yeghiayan
                                             U.S. District Court Judge