

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

THOMAS G. BRUTON
CLERK
312-435-5670

February 12, 2015

**Dorothy Brown**
*Clerk of the Circuit Court*
Richard J. Daley Center
50 West Washington Street
Chicago, Illinois 60602


Re: Jesus Arocho, et al. v. Mount Sinai Hospital Medical Center of Chicago et al

USDC No:   15-cv-129
Case in other court:  2014 L 009014

Dear Clerk:

A certified copy of an order entered on January 20, 2014 by the Honorable Samuel Der-Yeghiayan, remanding the above-entitled case back to the Circuit Court of Cook County, is herewith transmitted to you for your files.

Sincerely yours,

Thomas G. Bruton, Clerk

By:/s/ Travis Grammer
    Deputy Clerk